# EXHIBIT A

Felix Salomon, Ph.D., Psy.D.

Clinical Psychologist – Contemporary Psychoanalyst

Felixsalomonphd18@gmail.com


May 13, 2024


This letter is being written on behalf of and with the permission of my patient, Griffin Hansen. This is to reaffirm my original findings, based on recent follow-up with Mr. Hansen, that he poses no danger to others. His interest in weaponry is primarily caused by his desire to feel a bond with his deceased father. My main concern regarding Mr. Hansen is his danger to himself. While he is not a serious suicidal risk at this time, he does engage in self-defeating and self-destructive behaviors, principally, anorexia nervosa. My hope is that he will fully re-engage and commit to a round of intensive psychotherapy to resolve these issues.


Sincerely yours,        Felix Salomon, Ph.D., Psy.D.

Felix Salomon, Ph.D., Psy.D.

Clinical Psychologist – Psychoanalyst

Lic. CA 24181; AZ 0597

Senior Training and Supervising Analyst, ICPLA

Certified in Family and Child Forensic Issues

Director and Primary Supervisor, PIP Mental Health Center

Telehealth and Private Pay only

Office phone: 602-870-0991        Website:    www.pip-mhc.com